UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD LEE GREEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> DODGE COUNTY COURT ADMINISTRATION, <br> DODGE COUNTY SHERIFFS DEPARTMENT, <br> DODGE COUNTY SOCIAL SERVICES, <br> RONALD E. GREEN, <br> SHERI E. GREEN, <br> STARLA R. DECKER, <br> SARAH BRUER, <br> TIMOTHY A. WOESSNER, <br> BRIAN L. WEBER, <br> MELANIE J. LETH, <br> RODNEY D. ANDERSON LAW OFFICES, <br><br> Defendants. | Case No. 17-cv-4454-DSD-KMM <br><br> **REPORT AND RECOMMENDATION** |

This case is before the Court on Plaintiff Richard Lee Green, Jr.'s application to proceed without prepayment of fees or *in forma pauperis* ("IFP"). ECF No. 2. On November 15, 2017, the Court ordered Mr. Green to file an amended complaint. *See* ECF No. 3. Mr. Green was given thirty days from the date of the order to comply,

failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has passed, and Mr. Green has not filed an amended complaint. In fact, Mr. Green has not communicated with the Court about this case at all since commencing this action on August 28, 2017. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

The Court notes that the Clerk's Office mailed the November 15, 2017 order to Mr. Green at the Minnesota address that Mr. Green provided on the signature line of his complaint and that he specifically designated as his mailing address. ECF No. 1 at 1, 5; s*ee also* ECF No. 4 (return address). The order was returned by the Post Office as undeliverable and, on December 8, 2017, the Clerk's Office re-sent the order to the same address. ECF No. 4. The Court waited thirty days from the date the order was re-sent but it was again returned as undeliverable. ECF No. 5. As outlined in the November 15 order (ECF No. 3 at 3), Mr. Green provides conflicting and confusing accounts of his residence but he specifically states that his mailing address is the Minnesota address. ECF No. 1 at 1. Nevertheless, in an abundance of caution, the Court will direct the Clerk's office to send this order and the prior order (ECF No. 3)

to Mr. Green at both the Minnesota and Texas addresses provided on page 1 of the complaint. *See* ECF No. 1 at 1. Should Mr. Green wish to proceed with this action, he may file an objection to this Report and Recommendation within fourteen days as outlined in the "Notice" section below.

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.[1]

Dated: January 10, 2018                *s/ Katherine Menendez*
                                                              KATHERINE MENENDEZ
                                                              United States Magistrate Judge

## **NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in LR 72.2(c).

---

[1] The Clerk's Office is directed to mail this order and the order at ECF No. 3 to both the Minnesota and Texas addresses on page 1 of the complaint (ECF No. 1 at 1).