UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Lee Green, Jr.,

          Plaintiff,

Case No. 17-cv-4454-DSD-KMM

v.

**ORDER**

Dodge County Court
Administration, et al.,

          Defendants.

---

This matter is before the court upon the report and recommendation of United States Magistrate Judge Kate Menendez, dated January 10, 2018 (R&R). No objections have been filed to the R&R in the time period permitted. Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 5, 2018

s/David S. Doty
David S. Doty, Judge
United States District Court